UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

BONNIE LARITY

V.  CIVIL ACTION NO. 98-11412-RGS

BOSTON COLLEGE

# JUDGMENT

STEARNS, DJ.  JULY 16, 2002

THIS COURT HAVING ALLOWED DEFENDANT BOSTON COLLEGE'S MOTION FOR SUMMARY JUDGMENT,

IT IS HEREBY ORDERED:  JUDGMENT IS ENTERED IN FAVOR OF THE DEFENDANT, BOSTON COLLEGE.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: *(signature)*
DEPUTY CLERK